Ct. Crim. App. Okla.;
Sup. Ct. N. C.;
Gen. Ct. Justice, Super. Ct. Div., Forsyth County, N. C.;
Ct. Crim. App. Tex.;
Sup. Ct. Wash.;
Sup. Ct. Fla.;
Sup. Ct. N. C.;
Ct. Crim. App. Tex.; and
Ct. Crim. App. Tex. Certiorari denied. Reported below: No. 87-6008, 736 P. 2d 1003 *1062 and 739 P. 2d 523; No. 87-6125, 320 N. C. 688, 360 S. E. 2d 667; No. 87-6365, 744 S. W. 2d 53; No. 87-6460, 108 Wash. 2d 734, 743 P. 2d 210; No. 87-6644, 520 So. 2d 246; No. 87-6674, 321 N. C. 125, 362 S. E. 2d 513; No. 87-6774, 741 S. W. 2d 382; No. 87-6845, 736 S. W. 2d 673.